

FILED

FEB 2 1 2008

CLERK'S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          MB          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08 CR0461-BEN |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Misdemeanor); |
| JOSE ALEJANDRO ROMERO-TORRES, | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony) |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

Count 1

On or about _____04/17/96_____, within the Southern District of California, defendant JOSE ALEJANDRO ROMERO-TORRES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

WMC:jam:San Diego
2/1/08

1

<u>Count 2</u>

2      On or about January 24, 2008, within the Southern District of

3  California, defendant JOSE ALEJANDRO ROMERO-TORRES, being an alien,

4  unlawfully entered or attempted to enter the United States at a time

5  and place other than as designated by immigration officers, and eluded

6  examination and inspection by immigration officers, and attempted to

7  enter or obtained entry to the United States by a willfully false or

8  misleading representation or the willful concealment of a material

9  fact and previously committed the offense of illegal entry, as alleged

10  in Count 1; all in violation of Title 8, United States Code,

11  Section 1325, a felony.

12      DATED: ___2/21/08___ .

13                              KAREN P. HEWITT
                                United States Attorney
14

15

16                          W. MARK CONOVER
                            Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

2